

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2020

No. 04-20-00028-CV

**181 SOUTH HOMES INC.** and Ricardo Canales,
Appellants

v.

Henry **GARIBAY**, Individually, and d/b/a Hengar Unlimited,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI07741
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The reporter's record was originally due February 18, 2020. Court reporter Craig Carter has filed a request for an extension of time until March 31, 2020 to file the record. We **grant the motion in part** and **order** the record due **March 19, 2020.** *See* Tex. R. pp. P. 35.3(c) (stating court of appeals must not grant an extension exceeding thirty days in an ordinary appeal).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2020.

Michael A. Cruz,
Clerk of Court